**Sam C. GARCIA, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62493.**

Missouri Court of Appeals,
Western District.

Jan. 27, 2004.

Vanessa Caleb, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars, Leslie E. McNamara, Office of Attorney General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Sam C. Garcia appeals the circuit court's judgment denying his Rule 29.15 motion for postconviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).